# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| ANTHONY DAVILA *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:14-0051 |
| | § | |
| ALCOA WORLD ALUMINA, LLC, | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before this Court is the Report and Recommendation [Doc. # 127] of United States Magistrate Judge Dena Palermo, entered on October 17, 2017, recommending that the parties' settlement be approved. No objections have been filed, and the time to do so has expired.

Having reviewed this matter under 28 U.S.C. § 636(b)(1), this Court finds that the Report and Recommendation should be, and it is hereby, **ADOPTED** in its entirety and incorporated by reference herein. Accordingly, the Court **ORDERS** that the settlement pertaining to the minor Plaintiffs is **APPROVED**. As agreed and requested by all parties, the terms of the settlement will remain under seal.

SIGNED at Houston, Texas, this 13th day of **November, 2017.**

P:\ORDERS\11-2014\V0051adopt.wpd   171113.1043

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE